IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAZMINA E. VILLEGAS,

    Plaintiff,

v.                                                   No. 13-cv-0233 SMV

CAROLYN W. COLVIN,
Acting Comm'r of SSA,

    Defendant.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)     Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **Friday, August 16, 2013**;

(2)     Defendant shall file a Response no later than **Friday, October 11, 2013**;

(3)     Plaintiff may file a Reply no later than **Friday, November 8, 2013**;

(4)     All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

                                                                     **STEPHAN M. VIDMAR**
                                                                     **United States Magistrate Judge**