IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JAZMINA E. VILLEGAS,

    Plaintiff,

v.                                                               No. 13-cv-0233 SMV

CAROLYN W. COLVIN,
Acting Comm'r of SSA,

    Defendant.

## ORDER GRANTING MOTION TO SEAL ADMINISTRATIVE RECORD

**THIS MATTER** is before the Court upon Defendant's Motion to Seal Administrative Record [Doc. 11].  The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, finds that the motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant's Motion to Seal Administrative Record [Doc. 11] be **GRANTED**.  The administrative record lodged by Defendant in the above-referenced case shall be permanently sealed.  Access to the administrative record shall be limited to the Court and the case participants only.

**IT IS SO ORDERED**.

                                                                                   **STEPHAN M. VIDMAR**
                                                                                   **United States Magistrate Judge**